UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JESSICA KANABLE and
ANNETTE KANABLE,

    Plaintiffs,

v.                      Case No.  3:18-cv-1090-J-34PDB

ALLY FINANCIAL, INC.,

    Defendant.

## ORDER

**THIS CAUSE** is before the Court on the Joint Motion to Stay and Submit Case to Arbitration (Dkt. No. 6; Motion) filed on October 8, 2018.   In the Motion, the parties request that the Court stay this case pending completion of the agreed upon arbitration.  See generally Motion.   Accordingly, it is

**ORDERED:**

1. The Joint Motion to Stay and Submit Case to Arbitration (Dkt. No. 6) is **GRANTED**.

2. The parties are directed to submit all claims to arbitration pursuant to their agreement.

3. This case is hereby **STAYED** pending the completion of the arbitration proceedings.  The Clerk of Court is directed to terminate any pending motions and administratively close the file pending notification from the parties that the case is due to be reopened or dismissed.

4. The parties shall file a joint status report upon the conclusion of the arbitration. If the arbitration is not completed by **February 8, 2019**, then the parties shall file a joint status report at that time and every 120 days thereafter until the arbitration is completed.

5. The proposed order (Dkt. No. 6-1) is **STRICKEN**.[1]

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of October, 2018.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

---

[1] The parties submitted a proposed order with the Motion. See Dkt. No. 6-1. Although the Court appreciates the parties' efforts in preparing a proposed order, its submission is inconsistent with the Court's Administrative Procedures for Electronic Filing, IV.A.4.: "No proposed order or judgment may be submitted unless authorized by the assigned judge." See also Local Rule 1.01(a). Therefore, the proposed order is due to be stricken.