**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JESSICA KANABLE and
ANNETTE KANABLE,

        Plaintiffs,

v.                              Case No.   3:18-cv-1090-J-34PDB

ALLY FINANCIAL, INC.,

        Defendant.

_____

## O R D E R   O F   D I S M I S S A L

    **THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 11; Stipulation) filed on June 6, 2019.   In the Stipulation, the parties request dismissal of this matter with prejudice.   See Stipulation at 1.   Accordingly, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear their own attorney's fees, costs and expenses.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

    **DONE AND ORDERED** in Jacksonville, Florida this 7th day of June, 2019.

                                    MARCIA MORALES HOWARD
                                    United States District Judge

ja

Copies to:

Counsel of Record